# United States District Court
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. ACTION 3:19-CR-0036-S-5 |
| | § | |
| ALEXANDRIA ELAINE DAVIS | § | |

## ORDER

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as her right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of four (4) months, with a term of twenty-four (24) months of Supervised Release to follow.

The following mandatory conditions are imposed:

1. The Defendant must report to the probation office in the district to which the Defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. The Defendant shall not commit another federal, state, or local crime.

3. The Defendant shall not unlawfully possess a controlled substance. The Defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court.

4. The Defendant shall also comply with the standard conditions recommended by the U.S. Sentencing Commission, set forth below, and shall comply with the following additional conditions:

> The Defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The Defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The Defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25 per month.

As part of the Defendant's supervised release, she must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for the Defendant's behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in the Defendant's conduct and condition.

1. The Defendant must report to the probation office in the federal judicial district where she is authorized to reside within 72 hours of her release from imprisonment, unless the probation officer instructs her to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, the Defendant will receive instructions from the court or the probation officer about how and when she must report to the probation officer, and she must report to the probation officer as instructed.

3. The Defendant must not knowingly leave the federal judicial district where she is authorized to reside without first getting permission from the court or the probation officer.

4. The Defendant must answer truthfully the questions asked by her probation officer.

5. The Defendant must live at a place approved by the probation officer. If the Defendant plans to change where she lives or anything about her living arrangements (such as the people she lives with), the Defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the Defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. The Defendant must allow the probation officer to visit her at any time at her home or elsewhere, and the Defendant must permit the probation officer to take any items prohibited by the conditions of her supervision that he or she observes in plain view.

7. The Defendant must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the Defendant from doing so. If the Defendant does not have full-time employment, she must try to find full-time employment, unless the probation officer excuses the Defendant from doing so. If the Defendant plans to change where she works or anything about her work (such as her position or her job responsibilities), the Defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the Defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. The Defendant must not communicate or interact with someone she knows is engaged in criminal activity. If the Defendant knows someone has been convicted of a felony, she must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If the Defendant is arrested or questioned by a law enforcement officer, she must notify the probation officer within 72 hours.

10. The Defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. The Defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines that the Defendant poses a risk to another person (including an organization), the probation officer may require the Defendant to notify the person about the risk and the Defendant must comply with that instruction. The probation officer may contact the person and confirm that the Defendant has notified the person about the risk.

13. The Defendant must follow the instructions of the probation officer related to the conditions of supervision.

**SO ORDERED.**

SIGNED December 28, 2020.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE